# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schreier, Karen E | 2. Court or Organization<br><br>U.S. District Court, South Dak | 3. Date of Report<br><br>05/20/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>515 Ninth Street, Rm 318<br>Rapid City, SD 57701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Directors | YMCA of Rapid City |
| 2. Member Board of Directors | Federal Judges Association |
| 3. Secretary | Eighth Circuit District Judges |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   MAY 30 10 32 AM '06   RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | Pentagon City, Virginia. May 14-15. Annual Board of Directors meeting (meals, hotel and transportation). |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) PI "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -EQUITY INCOME FUND | B | Distribution | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Dividend | K | T | | | | | |
| 4. -NEW HORIZONS FUND | B | Distribution | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | B | Distribution | K | T | BUY | 3/14 | J | | |
| 7. IRA ACCOUNT #1 | | | | | | | | | |
| 8. -PIPER JAFFRAY PRIME OBLIGS | A | Dividend | J | T | BUY | 1/15 | J | | |
| 9. -OPPENHEIMER LTD TERM GOV'T CL C | A | Dividend | | | SOLD | 6/24 | J | | |
| 10. -OPPENHEIMER GLOBAL FUND C | | None | K | T | BUY | 4/19 | J | | |
| 11. | | | | | BUY | 6/24 | J | | |
| 12. -PIMCO FDS PAC INVT MGMT SER REAL RETURN FD CL C | B | Dividend | K | T | | | | | |
| 13. -VAN KAMPEN GROWTH & INCOME FD CL | | None | J | T | BUY | 12/2 | J | | |
| 14. NEW YORK LIFE INSURANCE CO. -ANNUITY | A | Interest | K | T | | | | | |
| 15. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 16. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 17. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRAVELERS LIFE & ANNUITY UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 19. COMMUNITY HEALTH LTD. (2/3 UNIT) | B | Rent | J | T | | | | | |
| 20. HOME FEDERAL SAVINGS AND LOAN ACCOUNT | B | Interest | M | T | | | | | |
| 21. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | D | Interest | M | T | | | | | |
| 22. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 23. -ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 24. -ANHEUSER BUSCH COS INC. COMMON | A | Dividend | J | T | | | | | |
| 25. -AVAYA, INC. COMMON | | None | J | T | | | | | |
| 26. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 27. -BURLINGTON NORTHERN-SANTA FE COMMON | A | Dividend | K | T | BUY | 6/29 | J | | |
| 28. -CISCO SYSTEMS INC. COMMON | | None | J | T | | | | | |
| 29. -CITIGROUP INC. COMMON | A | Dividend | K | T | | | | | |
| 30. -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 31. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | BUY | 8/31 | J | | |
| 32. -DISNEY WALT COMPANY COMMON | A | Dividend | J | T | | | | | |
| 33. -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 34. -FIRST TRUST UNIT 946 TARGET VIP PORTFOLIO | A | Dividend | J | T | BUY | 4/29 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 36. -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 37. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 38. -KOPIN CORP COMMON | | None | J | T | | | | | |
| 39. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 40. -MERCK & CO. iNC. COMMON | A | Dividend | J | T | | | | | |
| 41. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 42. -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 43. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 44. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | BUY | 8/26 | J | | |
| 45. -SARA LEE CORP. COMMON | A | Dividend | J | T | BUY | 8/26 | J | | |
| 46. -3M COMPANY COMMON | A | Dividend | J | T | BUY | 10/26 | J | | |
| 47. -TIME WARNER INC. NEW COMMON | A | Dividend | J | T | | | | | |
| 48. -TYCO INTL LTD NEW COMMON | A | Dividend | J | T | | | | | |
| 49. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | B | Dividend | J | T | | | | | |
| 50. -EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | | | | | |
| 51. -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -RYDEX SER FDS JUNO FD CL C | | None | J | T | | | | | |
| 53. -SO DAK ST HLTH & ED FAC ATH RV MBIA CAB REF BOND | | None | | | SOLD | 7/1 | J | C | |
| 54. -PHOENIX GO AZ BOND | | None | J | T | | | | | |
| 55. -CA HLTH FAC. REV. BOND | | None | J | T | | | | | |
| 56. -WA ST. COLL SVGS BDS. 93 WA | | None | J | T | | | | | |
| 57. -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |
| 58. -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 59. -PORTLAND ARENA GAS TAX BOND | | None | J | T | | | | | |
| 60. -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 61. -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | BUY | 6/29 | J | | |
| 62. -PIPER JAFFRAY PRIME OBLIGS MONEY MARKET | A | Interest | J | T | | | | | |
| 63. -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | SEE NOTE IN PART VIII |
| 64. IRA ACCOUNT #2 | | | | | | | | | |
| 65. -EURO PACIFIC GROWTH FUND CL A | A | Dividend | K | T | | | | | |
| 66. -EVERGREEN FIXED INC TR NEW HIGH YLD BD CL C | A | Dividend | J | T | | | | | |
| 67. -MUTUAL SERIES FUND INC. QUALIFIED FUND CLASS C | A | Dividend | J | T | BUY | 9/27 | J | | |
| 68. -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PUTNAM DISCOVERY GROWTH FD CL M | | None | K | T | | | | | |
| 70. -FICO STRIPS SERIES E BOND | | None | J | T | | | | | |
| 71. -US TREAS. SEC. STRPD. BOND | | None | J | T | | | | | |
| 72. -FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 73. -PIPER JAFFRAY PRIME OBLIG. | A | Interest | J | T | | | | | |
| 74. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 75. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | J | T | | | | | |
| 76. -PIPER JAFFRAY PRIME OBLIGS | | None | K | T | BUY | 1/19 | J | | |
| 77. | | | | | BUY | 11/10 | J | | |
| 78. | | | | | BUY | 12/21 | J | | |
| 79. | | | | | BUY | 12/27 | K | | |
| 80. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | K | T | | | | | |
| 81. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 82. DOUGHERTY & DOUGHERTY LLP | D | Interest | M | T | | | | | |
| 83. DISCOVER BANK ACCOUNT | A | Interest | K | T | BUY | 5/9 | J | | |
| 84. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 85. -C H ROBINSON WORLDWIDE INC. COMMON | A | Dividend | J | T | BUY | 11/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -US BANCORP DEL COMMON | A | Dividend | J | T | BUY | 12/12 | J | | |
| 87. DOUGHERTY & COMPANY LLC ACCOUNT | A | Interest | L | T | BUY | 9/28 | L | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 63. Last years report listed as separate funds: Lincon Natl. Amer. Growth and Lincoln Natl. Amer. Growth and Income. The funds have now been combined into one fund called Lincoln Natl. Life American. It is an annuity.

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/20/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date *May 22, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544